IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL ALEJANDRO TORREALBA MENDEZ,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General, et al.,<br><br>Respondents. | 0:26-CV-1112<br><br>ORDER |

This matter is before the Court on the petitioner's request for the return of documents taken from him when he was unlawfully detained, but not returned. Filing 6. The government was ordered to respond to the petitioner's request, filing 8, but has failed to do so.

It's not acceptable for the government to unlawfully detain the petitioner and then, upon his release, deprive him of the identifying documents that could (or at least should) prevent him from being unlawfully detained again. For the reasons explained by the Court in *Chimbo Viracucha v. Noem*, No. 0:26-CV-831, 2026 WL 381900 (D. Minn. Feb. 11, 2026), the Court will order the government to return the petitioner's property. If it doesn't, the petitioner can ask the Court to hold the government in contempt, and the Court will order a hearing to discuss the remedies available for the government's noncompliance.

IT IS ORDERED:

1. On or before **February 25, 2026**, the government shall return to the petitioner all of the personal property seized from him when he was detained.

2. If the petitioner's property hasn't been returned to him after that date, the petitioner may file a motion to hold the government in contempt, and a hearing will be scheduled.

Dated this 18th day of February, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge